John S. Delikanakis, Esq.
Nevada Bar No. 5928
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: jdelikanakis@swlaw.com
       spope@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LISA GORDON<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | Case No.:  2:25-cv-00560-JCM-DJA<br><br>**ORDER RE:**<br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Defendant Bank of America, N.A. ("BANA") and Plaintiff Lisa Gordon ("Plaintiff") by and through their respective undersigned counsel of record, hereby moves the Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for a second extension of time for BANA to answer or otherwise respond to the Complaint Plaintiff.  In support of this motion, Defendants state as follows:

1. Plaintiff filed her Complaint on March 27, 2025 (Doc. 1).

2. BANA was served with a copy of the Summons and the Complaint on April 1, 2025. (Doc. 4).

3. BANA's answer or response was originally due on or before April 22, 2025.

4. On April 17, 2025, BANA filed the parties first Joint Motion for Extension of Time to Respond to Plaintiff's Complaint ("Joint Moition"). (Doc. 5). This Court entered an Order

1  granting the Joint Motion on April 18, 2025, and set BANA's deadline to answer or respond to
2  Plaintiff's Complaint up to and through May 13, 2025.

3      5.    Since then, the parties have engaged in extensive settlement negotiations which are
4  still ongoing. Accordingly, the parties which to extend BANA's deadline in the interest of judicial
5  efficiency so that they may further discuss settlement.

6      6.    BANA therefore requests a second, seven (7) day extension of time to answer or
7  respond to Plaintiff's Complaint, through May 20, 2025.

8      7.    This is the second extension requested by BANA.

9      8.    Counsel for BANA has conferred with Plaintiff's counsel, who consents to this
10 Motion and the proposed answer or response date of May 20, 2025.

11     9.    This motion is made in good faith and not for the purpose of delay, and no party will
12 be prejudiced by a brief extension of time.

13 WHEREFORE, Defendant Bank of America, N.A. respectfully requests that the Court enter an
14 Order allowing BANA an extension of time up to and including May 20, 2025, to answer or
15 otherwise respond to Plaintiffs' Complaint.

Dated: May 13, 2025

| LAW OFFICE OF KEVIN L. HERNANDEZ | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Kevin L. Hernandez* <br> Kevin L. Hernandez, Esq. (NV Bar No. 12594) <br> 8920 W. Tropicana Avenue, Suite 101 <br> Las Vegas, NV 89147 | By: */s/ John S. Delikanakis* <br> John S. Delikanakis, Esq. (NV Bar No. 5928) <br> Samuel K. Pope, Esq. (NV Bar No. 16963) <br> 1700 S. Pavilion Center Drive, Ste. 700 <br> Las Vegas, NV 89135 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Bank of America, N.A.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 5/14/2025

- 2 -

4926-4171-5523

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by method indicated below:

- ☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

- ☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

- ☐ **BY PERSONAL DELIVERY:** by causing personal delivery by              , a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Kevin L. Hernandez, Esq.
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*

DATED May 13, 2025

                                          */s/ Michelle Shypkoski*
                                         An employee of SNELL & WILMER L.L.P.

4926-4171-5523